AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:23-cr-00161-GMN-NJK |
| NOOR-DEAN ALI ) | |
| ) | |
| *Defendant* ) | |

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
SEP 28 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Courtroom No.: 3D |
|---|---|
| | Date and Time: 9/29/23 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 09/27/2023

*Judge's signature*

Cam Ferenbach US Magistrate Judge
*Printed name and title*