OSVALDO E. FUMO, ESQ.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
NOOR-DEAN ALI

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-CR-0161-GMN-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE SENTENCING |
| | ) | |
| NOOR-DEAN ALI, | ) | |
| | ) | |
| | ) | (2nd Request) |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between NOOR-DEAN ALI, Defendant, by and through his counsel OSVALDO. E. FUMO, ESQ., and AFROZA YEASMIN, Assistant United States Attorney, that Sentencing in the above-captioned matter currently scheduled for September 17, 2025 at the hour of 9:00 a.m., be vacated and continued to no earlier than January 2026 or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Defendant was in a motorcycle accident and is currently undergoing medical treatment for his neck and back.

2. His doctor is expecting at least 3 more months of treatment.

3. Based on the above information, the Government agrees to the continuance.

4. Defendant Ali is out on Pretrial Release and does not oppose the continuance.

5. The additional time requested herein is not sought for the purposes of delay, but to merely to allow defendant sufficient time within which to be able to effectively complete his medical treatment.

6. This is the 2nd Request for a continuance of the sentencing in this case.

DATED this 29th day of August 2025.

| | |
|---|---|
| PITARO & FUMO, CHTD. | SIGAL CHATTAH<br>ACTING UNITED STATES ATTORNEY |
| /s/ Osvaldo E. Fumo, Esq.<br>OSVALDO E. FUMO, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>NOOR-DEAN ALI | /s/ Afroza Yeasmin, Esq.              .<br>AFROZA YEASMIN, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-CR-0161-GMN-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINDINGS OF FACT, CONCLUSION OF |
| v. | ) | LAW, AND ORDER |
| | ) | |
| NOOR-DEAN ALI, | ) | |
| | ) | |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defendant was in a motorcycle accident and is currently undergoing medical treatment for his neck and back.

2. His doctor is expecting at least 3 more months of treatment.

3. Based on the above information, the Government agrees to the continuance.

4. Defendant Ali is out on Pretrial Release and does not oppose the continuance.

5. The additional time requested herein is not sought for the purposes of delay, but to merely to allow defendant sufficient time within which to be able to effectively complete his medical treatment.

6. This is the 2nd Request for a continuance of the sentencing in this case.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## ORDER

**IT IS FURTHER ORDERED** that the sentencing scheduled for September 17, 2025 at the hour of 9:00 a.m., be vacated and continued to this __14th__ day of _____January_____, 2026, at the hour of _9:00_ a.m. in Courtroom _7D_.

DATED this __4__ of _____September_____, 2025.

_____
U.S. DISTRICT JUDGE