**MICHAEL J. MICELI, ESQ.**
**PITARO & FUMO CHTD.**
Nevada Bar No. 10151
601 Las Vegas Blvd. South
Las Vegas, Nevada  89101
(702) 382-9221 F) (702) 382-9961
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
**NOOR-DEAN ALI**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>                    Plaintiff,<br><br>vs.<br><br>**NOOR-DEAN ALI**,<br><br>                    Defendant. | Case No.  2:23-CR-161-GMN-NJK |

### STIPULATION AND ORDER TO MODIFY TERMS OF PRETRIAL RELEASE

   **IT IS HEREBY STIPULATED AND AGREED**, by and between **AFROZA YEASMIN**, **ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **NOOR-DEAN ALI;** that Defendant's pretrial release conditions be modified to allow him to attend his stepmother's funeral on December 12, 2025 under the following conditions:

   1. Defendant Ali is allowed to attend his stepmother's funeral scheduled for December 12, 2025.

   2. Defendant Ali will provide location and time frame directly to Pretrial Service

Officer as soon as it is available to him.

3. Defendant Ali will refrain from using any authorized digital devices that do not have monitoring on them.

4. The government has agreed to stipulate to defer to the court to make a decision on this modification.

**DATED** this 9th day of December, 2025.

| | |
|---|---|
| /S/ Michael J. Miceli, Esq. | /S/ Afroza Yeasmin, Esq. |
| **MICHAEL J. MICELI** | **AFROZA YEASMIN, ESQ.** |
| Nevada Bar No. 10151 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 333 Las Vegas Blvd. South |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |

**IT IS SO ORDERED.**

_____ December 9, 2025
**DISTRICT COURT JUDGE**