**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

NOOR DEAN ALI,

         Defendant.

Case No. 2:23-CR-0161-GMN-NJK

**ORDER**

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, March 3, 2026, at 10:00 a.m. be vacated and continued to March 3, 2026, at the hour of 11:00 a.m.

DATED this __14__ day of January, 2026.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE