UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-CR-0161-GMN-NJK |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINDINGS OF FACT, CONCLUSION OF |
| v. | ) | LAW, AND ORDER |
| | ) | |
| | ) | |
| NOOR-DEAN ALI, | ) | |
| | ) | |
| | ) | |
| —————————————————— | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defendant was in a motorcycle accident and is currently undergoing medical treatment for his neck and back.

2. His doctor is expecting to conclude treatment by June 2026.

3. Based on the above information, the Government agrees to the continuance.

4. Defendant Ali is out on Pretrial Release and does not oppose the continuance.

5. The additional time requested herein is not sought for the purposes of delay, but to merely to allow defendant sufficient time within which to be able to effectively complete his medical treatment.

6. This is the 4th request for a continuance of the sentencing in this case.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## ORDER

**IT IS FURTHER ORDERED** that the sentencing scheduled for March 3, 2026 at the hour of 11:00 a.m., be vacated and continued to this __12th__ day of _____June_____ ,2026, at the hour of _9:00_ a.m. in Courtroom _7D_ .

DATED this ___23___ of _____February_____ , 2026.

_____
U.S. DISTRICT JUDGE