OSVALDO E. FUMO, ESQ.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
NOOR-DEAN ALI

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,           )     2:23-CR-0161-GMN-NJK
                                     )
              Plaintiff,             )
                                     )
    v.                               )     STIPULATION AND ORDER
                                     )     TO CONTINUE SENTENCING
                                     )
                                     )
                                     )
NOOR-DEAN ALI,                       )
                                     )
                                     )
                                     )     (5th Request)
              Defendant.             )
_____    )

IT IS HEREBY STIPULATED by and between NOOR-DEAN ALI, Defendant, by and through his counsel OSVALDO. E. FUMO, ESQ., and AFROZA YEASMIN, Assistant United States Attorney, that Sentencing in the above-captioned matter currently scheduled for June 12, 2026 at the hour of 9:00 a.m., be vacated and continued to no earlier than 60 days, or ending of August, and/or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Defendant was in a motorcycle accident and is currently undergoing medical treatment for his neck and back.

2. Defendant has  scheduled surgery for his injuries.

3. Based on the above information, the Government agrees to the continuance.

-1-

4. In the event court goes out further, parties would like the Court to know counsel for Government has a conflict on September 2 through September 16, 2026.

5. Defendant Ali is out on Pretrial Release and does not oppose the continuance.

6. The additional time requested herein is not sought for the purposes of delay, but to merely to allow defendant sufficient time within which to be able to effectively complete his medical surgery and treatment.

7. This is the 5th request for a continuance of the sentencing in this case.

DATED this 28th day of May, 2028.


PITARO & FUMO, CHTD.                      SIGAL CHATTAH
                                          ACTING UNITED STATES ATTORNEY


/s/ Osvaldo E. Fumo, Esq.                 /s/ Afroza Yeasmin, Esq.                    .
OSVALDO E. FUMO, ESQ.                     AFROZA YEASMIN, ESQ.
601 LAS VEGAS BOULEVARD, SOUTH ASSISTANT UNITED STATES ATTORNEY
LAS VEGAS, NEVADA 89101                   501 LAS VEGAS BOULEVARD SOUTH. #1100
ATTORNEY FOR DEFENDANT                    LAS VEGAS, NEVADA 89101
NOOR-DEAN ALI

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-CR-0161-GMN-NJK |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINDINGS OF FACT, CONCLUSION OF |
| v. | ) | LAW, AND ORDER |
| | ) | |
| | ) | |
| NOOR-DEAN ALI, | ) | |
| | ) | |
| | ) | |
| | ) | |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defendant was in a motorcycle accident and is currently undergoing medical treatment for his neck and back.

2. Defendant has scheduled surgery for his injuries.

3. Based on the above information, the Government agrees to the continuance.

4. In the event court goes out further, parties would like the Court to know counsel for Government has a conflict on September 2 through September 16, 2026.

5. Defendant Ali is out on Pretrial Release and does not oppose the continuance.

6. The additional time requested herein is not sought for the purposes of delay, but to merely to allow defendant sufficient time within which to be able to effectively complete his medical surgery and treatment.

7. This is the 5th request for a continuance of the sentencing in this case.

-3-

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## ORDER

**IT IS FURTHER ORDERED** that the sentencing scheduled for June 12, 2026 at the hour of 9:00 a.m., be vacated and continued to this __13th__ day of ____August____,2026, at the hour of _9:00_ a.m. in Courtroom _7D_ .

DATED this __29__ of ____May____, 2026,

_____
U.S. DISTRICT JUDGE