OSVALDO E. FUMO, ESQ.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
NOOR-DEAN ALI

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOOR-DEAN ALI,<br><br>Defendant. | 2:23-CR-0161-GMN-NJK<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>(6th Request) |

IT IS HEREBY STIPULATED by and between NOOR-DEAN ALI, Defendant, by and through his counsel OSVALDO. E. FUMO, ESQ., and AFROZA YEASMIN, Assistant United States Attorney, that Sentencing in the above-captioned matter currently scheduled for August 13, 2026 at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, no earlier than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Defendant was in a motorcycle accident and is currently undergoing medical treatment for his neck and back.
2. Defendant recently had additional surgery for the above injury and requires extensive rehabilitation.

3. Based on the above information and the defendant's on-going compliance with release conditions, the Government agrees to the continuance.
4. Defendant Ali is out on Pretrial Release and does not oppose the continuance.
5. The additional time requested herein is not sought for the purposes of delay, but to merely to allow defendant sufficient time within which to be able to effectively complete his medical treatment.
6. This is the 6th request for a continuance of the sentencing in this case.

DATED this 23rd day of July, 2026.

PITARO & FUMO, CHTD.

/s/ Osvaldo E. Fumo, Esq.
OSVALDO E. FUMO, ESQ.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
ATTORNEY FOR DEFENDANT
NOOR-DEAN ALI

TODD BLANCHE
ACTING ATTORNEY GENERAL

/s/ Afroza Yeasmin, Esq. .
AFROZA YEASMIN, ESQ.
ASSISTANT UNITED STATES ATTORNEY
501 LAS VEGAS BOULEVARD SOUTH. #1100
LAS VEGAS, NEVADA 89101

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOOR-DEAN ALI, | ) | 2:23-CR-0161-GMN-NJK<br><br>FINDINGS OF FACT, CONCLUSION OF LAW, AND ORDER |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defendant was in a motorcycle accident and is currently undergoing medical treatment for his neck and back.
2. Defendant recently had additional surgery for the above injury and requires extensive rehabilitation.
3. Based on the above information and the defendant's on-going compliance with release conditions, the Government agrees to the continuance.
4. Defendant Ali is out on Pretrial Release and does not oppose the continuance.
5. The additional time requested herein is not sought for the purposes of delay, but to merely to allow defendant sufficient time within which to be able to effectively complete his medical treatment.
6. This is the 6th request for a continuance of the sentencing in this case.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

**ORDER**

**IT IS FURTHER ORDERED** that the sentencing scheduled for August 13, 2026 at the hour of 9:00 a.m., be vacated and continued to this 12th day of November ,2026, at the hour of 9:00 a.m. in Courtroom 7D .

DATED this 24 of July , 2026.

U.S. DISTRICT JUDGE