UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOOR-DEAN ALI, | 2:23-CR-0161-GMN-NJK<br><br>ORDER - FINDINGS OF FACT, CONCLUSION OF LAW, AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defendant was in a motorcycle accident and is currently undergoing medical treatment for his neck and back.
2. Defendant underwent surgery for the above injury and requires extensive rehabilitation. Defendant is currently in the process of completing doctor ordered physical therapy.
3. Based on the above information and the defendant's on-going compliance with release conditions, the Government agrees to the continuance.

4. Defendant Ali is out on Pretrial Release and does not oppose the continuance.

5. The additional time requested herein is not sought for the purposes of delay, but to merely to allow defendant sufficient time within which to be able to effectively complete his medical treatment.

6. The parties agree that absent an emergency, this will be the last request for a continuance in this matter.

7. This is the 7th request for a continuance of the sentencing in this case.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## ORDER

**IT IS FURTHER ORDERED** that the sentencing scheduled for November 12, 2026 at the hour of 9:00 a.m., be vacated and continued to this 2nd day of February ,2027, at the hour of 10:30 a.m. in Courtroom 7D.

DATED this 30 of October, 2026.

U.S. DISTRICT JUDGE