**MICHAEL J. MICELI, ESQ.**
**PITARO & FUMO CHTD.**
Nevada Bar No. 10151
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 F) (702) 382-9961
Email: michaeljmiceli@gmail.com; kristine.fumolaw@gmail.com
Attorney for Defendant
**NOOR-DEAN ALI**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**NOOR-DEAN ALI,**<br><br>Defendant. | Case No. 2:23-CR-161-GMN-NJK |

**STIPULATION AND ORDER TO MODIFY TERMS OF PRETRIAL RELEASE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **AFROZA YEASMIN, ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **NOOR-DEAN ALI;** that Defendant's pretrial release conditions be modified to allow him to attend a family dinner on November 28, 2026 under the following conditions:

1. Defendant Ali requests to be allowed to attend a family dinner celebrating a late Thanksgiving on Saturday, November 28, 2026, from 10:00 a.m. until 10:00 pm.

2. The dinner will take place at his brother's home at 3984 Pointe Decatur St, North Las Vegas, NV 89032.

3. Defendant Ali will refrain from using any authorized digital devices that do not have monitoring on them.

4. Defendant Ali will refrain from consuming any alcohol.

5. The only minor child that will be present is Defendant Ali's 9 year old nephew, and Defendant Ali will never be alone with the child.

6. Pretrial Services Officer Justin Lauby does not oppose the requested modification.

7. The government has agreed to stipulate to defer to the court to make a decision on this modification.

**DATED** this 19th day of November 2026.

/S/ Michael J. Miceli, Esq.
**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 10151
601 Las Vegas Blvd. S.
Las Vegas, Nevada 89101
Attorney for Defendant

/S/ Afroza Yeasmin, Esq. .
**AFROZA YEASMIN, ESQ.**
Assistant United States Attorney
501 Las Vegas Blvd. South
Las Vegas, NV 89101
Attorney for the United States

**IT IS SO ORDERED**.

**DISTRICT COURT JUDGE**